■ INLAND CREDIT CORPORATION v EUGENE WEISS.—Motion for resettlement granted, the settled order of this court entered on June 20, 1978 is vacated and the parties are directed to resettle an order providing for (1) interest at 18% per annum on the first cause of action and (2) a grant of attorneys' fee on the first cause of action in an amount to be determined by Special Term on remand. Concur—Kupferman, J. P., Fein, Lane, Sandler and Sullivan, JJ.

■ In the Matter of JOSEPH WARDE, an Attorney.—Motion granted to the extent of remanding the matter for a reference as indicated in the order of this court. Pending receipt of the Referee's report and final determination of the motion, the order of disbarment of this court entered on March 16, 1978 [61 AD2d 502], shall remain in effect. Concur—Kupferman, J. P., Lupiano, Silverman, Evans and Sullivan, JJ.

### (September 28, 1978)

■ In the Matter of H. EARL FULLILOVE et al., Respondents, v ABRAHAM BEAME, as Mayor of the City of New York, et al., Appellants.—Order and judgment (one paper), Supreme Court, New York County, entered on or about May 11, 1977, unanimously affirmed on opinion of Gellinoff, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Lupiano, Silverman, Markewich and Sullivan, JJ.